UNITED STATES of America,
Plaintiff–Appellee

v.

Francisco RODRIGUEZ, Defendant–Appellant.

No. 07–51179
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Anthony Martin Smith, Law Office of Anthony M. Smith, San Antonio, TX, for Defendant–Appellant.

Before KING, BARKSDALE, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Francisco Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez has filed a response. Our independent review of the record, counsel's brief, and Rodriguez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.